IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| THE ACI GROUP, f/k/a<br>AUTOMATION CONSULTANTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WORLDSTOR, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Case No. MJG 01-1987<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Bruce D. Burkley, Esquire, a member of the bar of this court, moves the admission of Edward L. Isler, Esquire, to appear pro hac vice in the above-captioned proceeding as counsel for Worldstor, Inc.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia, and the United States Courts for the Eastern District of Virginia, Western District of Virginia, District of Columbia, and the Courts of Appeal for the Fourth Circuit and the Seventh Circuit.

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice to this Court for only two cases, *Salmon, et al., v. Cable & Wireless, Inc.*, Civil No. 216910V and *Wilder v. Sentel Corp.*, Civil No. S01CV762.

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceeding will be the undersigned.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

7) A $50.00 filing fee made payable to Clerk of Court is appended hereto.

Respectfully submitted,

MOVANT:

_____
Bruce D. Burkley
 MD Dist. Bar No. 13995
RAY & ISLER, P.C.
Vienna, Virginia 22182-3813
(703) 748-2690
Fax (703) 748-2695

Counsel for Defendant
Worldstor, Inc.

PROPOSED ADMITTEE:

_____
Edward L. Isler
RAY & ISLER, P.C.
8245 Boone Boulevard, Suite 402
Vienna, Virginia 22182-3813
(703) 748-2690
fax (703) 748-2695

**ORDER**

Motion ____✓____ GRANTED

_Jul 11, 2001_
Dated

_____
Judge, U.S. District Court

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 3rd day of July, 2001, that he caused a copy of the foregoing Defendant's Motion for Admission *Pro Hac Vice* to be served on counsel for Plaintiff by United States first class mail, postage prepaid, as follows:

>Robert J. Brennan, Esq.
>Jacqueline M. Wood, Esq.
>Miles & Stockbridge, P.C.
>10 Light Street
>Baltimore, MD  21202
>Counsel for Plaintiff

_____
Bruce D. Burkley