IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE ACI GROUP, INC., f/k/a<br>AUTOMATION CONSULTANTS, INC., | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Case No. MJG-01-1987 |
| WORLDSTOR, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, The ACI Group, f/k/a Automation Consultants, Inc., and Defendant, Worldstor, Inc., by their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal with prejudice of all claims asserted in the above-captioned matter.

Robert S. Brennen
Jacqueline M. Wood
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Plaintiff,
The ACI Group

Edward L. Isler
Ray & Isler, P.C.
8245 Boone Boulevard
Suite 402
Tysons Corner
Vienna, Virginia 22182
(703) 748-2690

Attorneys for Defendant,
Worldstor, Inc.

BALT01:463006v1|G2119-000003|09\28\01

Approved this 17th day of October, 2001

Marvin J. Garbis
United States District Judge